# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>OMAR SANTANA,<br><br>                Defendant. | **8:14CR373**<br><br>**ORDER** |

Defendant Omar Santana appeared before the court on September 4, 2018 on a Petition for Offender Under Supervision [64]. The defendant was represented by Federal Public Defender David R. Stickman, and the United States was represented by Assistant U.S. Attorney John E. Higgins.

The government did not request detention, therefore, the defendant was not entitled to a preliminary examination. I find that the Petition alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

The defendant was released on current terms and conditions of supervision.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on October 5, 2018, at 11:30 a.m. The defendant must be present in person.

2. The defendant is released on current conditions of supervision.

Dated this 5th day of September, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge