# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:14CR373 |
| vs. | |
| OMAR SANTANA, | ORDER |
| Defendant. | |

Defendant Omar Santana appeared before the court on March 18, 2019 for a detention hearing regarding a Petition for Offender Under Supervision [81]. The defendant was represented by Federal Public Defender David R. Stickman and the United States was represented by Assistant U.S. Attorney John E. Higgins.

Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is not a danger, the court finds the defendant has failed to carry his burden and that he should be detained pending his dispositional hearing before Senior Judge Bataillon.

The defendant, Omar Santana, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated this 18th day of March, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge